# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JEFFREY WOLFE, ADC #124018                          PLAINTIFF

v.                  No. 4:16CV00824 JLH/JTR

WILL CARTER, Transport Officer,
Yell County Sheriff's Office, et al.                          DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Wolfe's motion for a preliminary injunction is DENIED AS MOOT. Document #19.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 21st day of March, 2017.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE